UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

SHANIKA WHITE,

                                          Plaintiff,

-against-

THE CITY OF NEW YORK, POLICE COMMISSIONER
RAYMOND KELLY, COMMANDING OFFICER CAPTAIN
LYONS, POLICE OFFICER LOUIS, POLICE OFFICER
HILLMAN, "JANE DOE" POLICE OFFICER, ,

                                          Defendants.
------------------------------------------------------------------------x

**NOTICE OF APPEARANCE**

07 CV 8145 (LAP)

      **PLEASE TAKE NOTICE** that **CRAIG HANLON**, Assistant Corporation Counsel, should be listed as counsel of record on behalf of the Corporation Counsel of the City of New York, Michael A. Cardozo, attorney for defendants City of New York and Police Commissioner Raymond Kelly, effective October 2, 2007.

Dated: New York, New York
       October 2, 2007

                                          MICHAEL A. CARDOZO
                                          Corporation Counsel
                                          City of New York
                                          Attorney for Defendants
                                          100 Church Street, Room 3-198
                                          New York, New York 10007
                                          (212) 788-1580

                                          By: _____
                                          Craig Hanlon (CH 5679)
                                          Special Federal Litigation Division

To:    Cynthia Conti-Cook
        Stoll, Glickman & Bellina, LLP
        *Attorney for Plaintiff*
        71 Nevins Street
        Brooklyn, NY 11217

Index No. 07 CV 8145 (LAP)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHANIKA WHITE,

Plaintiff,

-against-

THE CITY OF NEW YORK, POLICE COMMISSIONER RAYMOND KELLY, COMMANDING OFFICER CAPTAIN LYONS, POLICE OFFICER LOUIS, POLICE OFFICER HILLMAN, "JANE DOE" POLICE OFFICER, ,

Defendants

**NOTICE OF APPEARANCE**

*MICHAEL A. CARDOZO*
*Corporation Counsel of the City of New York*
*Attorney for Defendants*

*100 Church Street*
*New York, N.Y. 10007*
*Of Counsel: Craig Hanlon*

*Tel: (212) 788-1580*
*NYCLIS No.*

*Due and timely service is hereby admitted.*

*New York, N.Y. ................................................,2007*

*............................................................................ Esq.*

*Attorney for City of New York*