AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

_____SOUTHERN_____     DISTRICT OF _____NEW YORK_____

SHANIKA WHITE,

## SUMMONS IN A CIVIL CASE

### V.

CASE NUMBER:    07cv8145

THE CITY OF NEW YORK, POLICE
COMMISSIONER RAYMOND KELLY, DEPUTY
INSPECTOR PHILIP BANKS, POLICE OFFICER
CLIFF LOUIS, POLICE OFFICER HILLMAN,
"JANE DOW" POLICE OFFICER.

TO: (Name and address of defendant)

Deputy Inspector Philip Banks
Patrol Borough Brooklyn South
2820 Snyder Avenue
Brooklyn NY 11226

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Cynthia Conti-Cook, Esq.
Stoll, Glickman & Bellina L.L.P.
71 Nevins Street
Brooklyn, NY 11217

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                              NOV. 0 9 2007.

CLERK

_____              _____
(BY) DEPUTY CLERK                              DATE

AO 440 (Rev. 10/03) Summons in a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 11-20-07 |
| NAME OF SERVER (PRINT) *Ted Braunstein* | TITLE *Process Server* |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☒ Other (specify): *hand served to Officer Henderson #7207*
*11-20-06  4:00 P.M.     for Chief Books*

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___11-20-07___
　　　　　　　　Date

_____
Signature of Server

___510 Atlantic Ave___
Address of Server

(1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.