UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- x

SHANIKA WHITE,

                              07 CV 8145

                      Plaintiff,    AFFIRMATION OF SERVICE

        -against-

THE CITY OF NEW YORK, ET AL

                   Defendants.

----------------------------------------------------------------- x

State of New York
County of Kings

      I, the undersigned, an attorney duly admitted to practice in the State of New York, with offices at 71 Nevins Street, Brooklyn, New York, 11217, affirm as follows as under penalties of perjury:

On November 20, 2007, I personally caused to be served the Summons and Complaint;

/XX/   **SERVICE FIRST CLASS MAIL**; by depositing same in a first class postpaid properly addressed wrapper, in a post office/official depository under the exclusive care and custody of the United States Postal Service, within New York State, directed to the defendant at the address set forth below, being the address designated as defendant's current place of business:

Chief Phillip Banks
Patrol Borough Brooklyn South
2820 Snyder Avenue
Brooklyn NY 11226

Dated: Brooklyn, New York
November 20, 2007

_[signature]_
Cynthia Conti-Cook, Esq.