UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

SHANIKA WHITE,

                                                      Plaintiff,

                -against-

THE CITY OF NEW YORK, POLICE COMMISSIONER
RAYMOND KELLY, COMMANDING OFFICER DEPUTY
INSPECTOR PHILIP BANKS, POLICE OFFICER CLIFF
LOUIS, POLICE OFFICER HILLMAN, "JANE DOE" POLICE
OFFICER,

                                                  Defendants.

------------------------------------------------------------------------x

**NOTICE OF APPEARANCE**

07 CV 8145 (LAP)

       **PLEASE TAKE NOTICE** that **Caroline L. Chen**, Assistant Corporation Counsel, should be substituted as counsel of record on behalf of the Corporation Counsel of the City of New York, Michael A. Cardozo, attorney for defendant City of New York, having replaced Assistant Corporation Counsel Craig Andrew Hanlon, effective January 9, 2008.

Dated: New York, New York
           January 9, 2008

                                                MICHAEL A. CARDOZO
                                                Corporation Counsel
                                                    of the City of New York
                                                Attorney for Defendants
                                                100 Church Street, Room 3-199
                                                New York, New York 10007
                                                (212) 788-1106

                                                By:  _____
                                                      Caroline Chen
                                                      Assistant Corporation Counsel
                                                      Special Federal Litigation Division

To:    Cynthia Conti-Cook, Esq.  (by ECF)
        Stoll, Glickman & Bellina, LLP
        71 Nevins Street
        Brooklyn, New York 11217

Index No. 07 CV 8145 (LAP)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHANIKA WHITE,

                            Plaintiff,

-against-

THE CITY OF NEW YORK, POLICE COMMISSIONER RAYMOND KELLY, COMMANDING OFFICER DEPUTY INSPECTOR PHILIP BANKS, POLICE OFFICER CLIFF LOUIS, POLICE OFFICER HILLMAN, "JANE DOE" POLICE OFFICER,

                            Defendants.

NOTICE OF APPEARANCE

*MICHAEL A. CARDOZO*
*Corporation Counsel of the City of New York*
*Attorney for Defendants*
100 Church Street Rm 3-199
New York, New York 10007

*Of Counsel:* Caroline Chen
*Tel:* (212) 788-1106
*NYCLIS No.* 2006-029364

*Due and timely service is hereby admitted.*

*New York, N.Y. ........................................, 2008 . . .*

*................................................................ Esq.*

*Attorney for ................................................................*

2