```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-11-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
White

                      Plaintiff(s),

     -against-

City of New York

                      Defendant(s).
------------------------------------x

07 civ. 8145 (LAP)

**ORDER OF CONFERENCE**

    It is hereby

    ORDERED that counsel are directed to appear in courtroom 12A, or such other courtroom as may be designated, United States Courthouse, 500 Pearl Street, New York, New York, on April 9, 2008 at 9:00 a.m. for a conference in the above action.

    SO ORDERED.

Dated: February 11, 2008

                                                                                            LORETTA A. PRESKA, U.S.D.J.