USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/26/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

SHANIKA WHITE,

                                            Plaintiff,

                    -against-

THE CITY OF NEW YORK, POLICE
COMMISSIONER RAYMOND KELLY,
COMMANDING OFFICER DEPUTY INSPECTOR
PHILIP BANKS, POLICE OFFICER CLIFF LOUIS,
POLICE OFFICER HILLMAN, POLICE OFFICER
CARLOS VEGA, SHIELD NO. 18843, SERGEANT
MCCARTHY, SHIELD NO. 2724, "JANE DOE"
POLICE OFFICER,

                                            Defendants.

07 CV 8145 (LAP)

**STIPULATION AND
ORDER OF
SETTLEMENT AND
DISMISSAL**

RECEIVED

AUG 2 2 2008

LORETTA A. PRESKA
U.S. DISTRICT JUDGE
S. D. N. Y.

------------------------------------------------------------------------

        **WHEREAS,** plaintiff Shanika White commenced an action entitled Shanika

White v. City of New York, et al., 07 CV 8145 (LAP), in the United States District Court for the

Southern District of New York, on September 17, 2007, by filing a complaint in the United

District Court for the Southern District of New York, alleging, *inter alia*, violations of her civil

rights pursuant to 42 USC § 1983; and

        **WHEREAS,** defendants have denied any and all liability arising out of plaintiff's

allegations in this action; and

        **WHEREAS,** the parties now desire to resolve the issues raised in this action,

without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by

and between the undersigned, as follows:

1.    This action is hereby dismissed, with prejudice, and without costs, expenses, or fees in excess of the amount specified in paragraph "2" below.

2.    The City of New York, on behalf of defendants City of New York, Raymond Kelly, Philip Banks, Cliff Louis, Brian Hillman, Patrick McCarthy and Carlos Vega, hereby agrees to pay plaintiff **SHANIKA WHITE** the sum of **FIFTEEN THOUSAND ($15,000.00) DOLLARS** in full satisfaction of all claims, including claims for costs, expenses and attorney fees in this action. In consideration for the payment of this sum, plaintiff agrees to the dismissal of all the claims against City of New York, Raymond Kelly, Philip Banks, Cliff Louis, Brian Hillman, Patrick McCarthy and Carlos Vega in this action, and to release all defendants and all present and former employees and agents of the City of New York and the New York City Police Department from any and all liability, claims, or rights of action arising from and contained in the complaint in this action, including claims for costs, expenses and attorney fees.

3.    Plaintiff shall execute and deliver to the City defendants' attorneys all documents necessary to effect this settlement, including, without limitation a General Release based on the terms of paragraph 2 above and an Affidavit of No Liens.

4.    Nothing contained herein shall be deemed to be an admission by the defendants that they have in any manner or way violated plaintiff's rights, or the rights of any other person or entity, as defined in the constitutions, statutes, ordinances, rules or regulations of the United States, the State of New York, or the City of New York or any other rules, regulations or bylaws of any department or subdivision of the City of New York. This stipulation and settlement shall not be admissible in, nor is it related to, any other litigation or settlement negotiations.

5.   Nothing contained herein shall be deemed to constitute a policy or practice of the City of New York or the New York City Police Department.

6.   This Stipulation and Order contains all the terms and conditions agreed upon by the parties hereto, and no oral agreement entered into at any time nor any written agreement entered into prior to the execution of this Stipulation and Order regarding the subject matter of the instant proceeding shall be deemed to exist, or to bind the parties hereto, or to vary the terms and conditions contained herein.

Dated:      New York, New York
            Aug 12     , 2008

Cynthia Conti-Cook, Esq.                    MICHAEL A. CARDOZO
Stoll, Glickman & Bellina, LLP              Corporation Counsel of the
*Attorneys for Plaintiff*                      City of New York
71 Nevins Street                            *Attorney for Defendants*
Brooklyn, New York 11217                    100 Church Street, Room 3-199
                                            New York, New York 10007
                                            (212) 788-1106

By: _____         By: _____
    Cynthia Conti-Cook, Esq.                    Caroline Chen
                                                Assistant Corporation Counsel


SO ORDERED:                                 The Clerk of the Court shall
                                            mark this action closed and all
                                            pending motions denied as moot.

_____             SO ORDERED:
LORETTA A. PRESKA, U. S. D. J.
                                            LORETTA A. PRESKA, U.S.D.J.

                                            August 28, 2008

- 3 -